IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 18-193-1, 2 |
| v. | : | |
| DKYLE JAMAL BRIDGES, KRISTIAN JONES *Defendants* | : | |

# ORDER

**AND NOW**, this 6th day of November 2018, upon consideration of the *motion to sever* filed by Defendant Dkyle Jamal Bridges, (Doc. 48), the *motion for severance of Defendants' trials pursuant to Rule 14 of the Federal Rules of Criminal Procedure* filed by Defendant Kristian Jones (Doc. 50), and the Government's omnibus response thereto, (Doc. 81), it is hereby **ORDERED** that the Defendants' motion to sever, (Doc. 48 and 50) are **DENIED**.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*