# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 18-193-1, 2 |
| | : | |
| DKYLE JAMAL BRIDGES, *et al.* | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 19th day of February 2019, upon consideration of Defendant Dkyle Jamal Bridges' *motion to suppress physical evidence*, (Doc. 55), Defendant Kristian Jones' *motion to suppress*, (Doc. 65), the Government's responses thereto, (Doc. 81), the hearing held on February 14 and February 15, 2019, and Defendants' oral requests for the opportunity to file post-hearing briefs, it hereby **ORDERED** that Defendants' oral requests are **GRANTED**. Accordingly, the transcripts of the testimony offered are due by February 21, 2019, the parties' post-hearing briefs shall be filed no later than February 28, 2019, and any responses thereto may be filed no later than March 7, 2019.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*